### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE GLOBE RESOURCES GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.  2022-CV-01124 |
| | ) |
| ANDRETTI AUTOSPORT AVIATION, LLC, | ) |
| formerly known as ANDRETTI AUTOSPORT | ) |
| AVIATION, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### FIRST AMENDED COMPLAINT

COMES NOW Plaintiff, The Globe Resources Group, LLC, and for its cause of action against Defendant Andretti Autosport Aviation, LLC f/k/a Andretti Autosport Aviation, Inc. herein, states and alleges as follows:

1. Plaintiff is a limited liability company organized under the laws of the State of Kansas, with its principal place of business in Wichita, Kansas, and doing business in the State of Kansas. None of its members are citizens of the State of Indiana.

2. Andretti Autosport Aviation, Inc. ("Andretti, Inc.") was, until May 27, 2022, a corporation organized under the laws of the State of Indiana, with its principal place of business at 7615 Zionsville Road, Indianapolis Indiana, 46268.  Andretti, Inc.'s registered agent was J-F Thormann and the registered office was 7615 Zionsville Road, Indianapolis Indiana, 46268.

3. On May 27, 2022,  Andretti, Inc. converted to a limited liability company under the name of Andretti Autosport Aviation, LLC ("Andretti, LLC").  Andretti, LLC is liable for all contractual obligations of Andretti, Inc.  Andretti, LLC's registered agent is J-F Thormann and the

registered office is 7615 Zionsville Road, Indianapolis Indiana, 46268.  Andretti, LLC is liable for all contracts of Andretti, Inc.

4.	Jurisdiction of this Court is premised upon diversity jurisdiction in that there is complete diversity as between Plaintiff and Defendants, as they are residents and citizens of different states, and the amount in controversy herein exceeds $75,000 such that jurisdiction is proper under 28 U.S.C. 1332.

5.	This action is one seeking declaratory judgment pursuant to Fed.R.Civ.P. 57 and 28 U.S.C. §§2201 and 2202, and monetary judgment.

6.	On or about May 6, 2022, Plaintiff and Defendant entered into a contract for the sale by Plaintiff, and purchase by Defendant, of a certain aircraft, a copy of which is attached hereto as Exhibit A ("Contract").  The Contract was amended once by the parties on or about May 10, 2022, a copy of which is attached hereto as Exhibit B.

7.	Under the terms of the Contract, Defendant was obligated to deposit $375,000.00 (the "Deposit") with AEROtitle Aircraft Title and Escrow, LLC, in Oklahoma City, Oklahoma under the terms and conditions established by Paragraph 1.2 of the Contract.  On information and belief, Defendant has only deposited $200,000.00 of this amount. Pursuant to Paragraph 1.3 of the Contract, Defendant did perform a visual inspection in Wichita, Kansas, and executed the Acceptance Upon Visual Inspection form required by the Contract on May 16, 2022, "Subject to repair of items reported in Roberts Aviation Visual Report which are airworthy."  A copy of the Acceptance Upon Visual Inspection form is attached hereto as Exhibit C ("Acceptance").

8.	Plaintiff satisfied the additional requirements imposed by the Acceptance and has been ready, willing, and able to close the transaction.

9. On May 25, 2022, a representative of Defendant communicated to the broker handling the transaction for Plaintiff that Defendant would not consummate its purchase obligations pursuant to the Contract. This constitutes an anticipatory breach or repudiation by Defendant of its obligations and relieves Plaintiff from further tender of performance and permits Plaintiff to proceed immediately with this action.

10. Under the terms of the Contract, and of the Acceptance, the Deposit paid by Defendant became nonrefundable and by virtue of Defendant's stated refusal to proceed with the purchase, Defendant anticipatorily breached or repudiated the Contract.

11. Defendant Andretti, LLC, as the converted entity, is obligated on the subject Contract.

12. Plaintiff is entitled to declaratory judgment against Defendant determining that Defendant has forfeited any and all rights to the Deposit, and that Plaintiff is entitled to the payment to Plaintiff of the Deposit. To the extent the Deposit actually made was less than $375,000, Plaintiff is entitled to a monetary judgment against Defendants for any deficiency in such amount.

13. Paragraph 6.12 of the Contract entitles Plaintiff to recover its attorney fees and other expenses incurred in connection with this action.

WHEREFORE, Plaintiff prays for a declaratory judgment against Defendant Andretti, LLC, that Plaintiff is entitled to all right, title, and interest to the Deposit; that Defendant has ceased to have any rights or interests in the subject aircraft; for a monetary judgment against Defendant Andretti, LLC in the amount of $175,000 or such other shortfall as may exist on the Deposit; that Defendant has no further right, title, or interest in such funds; that Plaintiff is entitled to present the judgment of this Court to the escrow agent in support of its claim for payment of such funds; and for its costs, attorney fees, and litigation expenses.

Respectfully submitted,

*s/Kurt A. Harper*
Kurt A. Harper, #10066
DEPEW GILLEN RATHBUN & McINTEER, LC
8301 E. 21st Street North - Suite 450
Wichita, KS 67206
Telephone:  (316) 262-4000
Facsimile: (316) 265-3819
Email: kurt@depewgillen.com

*Attorney for Plaintiff*

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates Wichita, Kansas as the location for the trial in this matter.

*s/Kurt A. Harper*
Kurt A. Harper, #10066

*Attorney for Plaintiff*