IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE GLOBE RESOURCES GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2022-CV-01124 |
| | ) |
| ANDRETTI AUTOSPORT AVIATION, LLC, | ) |
| formerly known as ANDRETTI AUTOSPORT | ) |
| AVIATION, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, The Globe Resources Group, LLC, by and through its counsel Kurt A. Harper of Depew Gillen Rathbun & McInteer, LC, and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(i), voluntary dismisses this action. This notice of dismissal is timely filed, as defendant has not filed an answer, and this dismissal is without prejudice as to Plaintiff's ability to refile the action at a later date. Plaintiff shall bear its own costs from the filing of this action.

Dated: June 16, 2022

                Respectfully submitted,

                *s/Kurt A. Harper*
                Kurt A. Harper, #10066
                DEPEW GILLEN RATHBUN & McINTEER, LC
                8301 E. 21st Street North - Suite 450
                Wichita, KS 67206
                Telephone: (316) 262-4000
                Facsimile: (316) 265-3819
                Email: kurt@depewgillen.com

                *Attorney for Plaintiff*